# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151886

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RODNEY JAMAR MCKEE,
        Defendant-Appellant.

SC: 151886
COA: 324341
Jackson CC: 14-004196-FC

_____/

On order of the Court, the application for leave to appeal the May 12, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



d1028

Clerk